Exhibit 2

| TiVo – TiVo Stream 4K streaming media player and Voice-control Remote with Google Assistant Built-in |
|---|

**Infringement of the '867 patent**

| Claim 1 | Evidence |
|---|---|
| 1. A method of using a first electronic device to operate a second electronic device in real time, while the second device is not physically connected to the first device, and is only intermittently local to the first device, comprising: | The TiVo Stream 4K streaming media player and Voice-control Remote, with Google Assistant built-in, performs a method of using a first electronic device to operate a second electronic device in real time, while the second device is not physically connected to the first device, and is only intermittently local to the first device.<br><br>For example, the TiVo Stream 4K streaming media player with Google Assistant built-in can be controlled by the TiVo Voice-control Remote through the use of voice commands.<br><br><br>[B] |



[A]



[A]



- Find over 5,000 apps in the Google Play store including Netflix, Prime Video, Disney+ and HBO Max.

- Say "Hey, Google" and have Google Assistant find your favorite shows and movies, control smart home devices and so much more.

- Use Chromecast built-in to cast photos, videos and music from your small screen to your big screen.

[A]

The Voice-control Remote has a button that the user presses to give voice commands.



[B]

Additionally, the Voice-control Remote and TiVo Stream 4K streaming media player can control smart home devices around the home such as lights.  In those cases, the Voice-control Remote/TiVo Stream 4K is the first device and the smart home device is the second device.

5

|  |  |
|---|---|
|  |  • Find over 5,000 apps in the Google Play store including Netflix, Prime Video, Disney+ and HBO Max.<br><br>• Say "Hey, Google" and have Google Assistant find your favorite shows and movies, control smart home devices and so much more.<br><br>• Use Chromecast built-in to cast photos, videos and music from your small screen to your big screen.<br><br>[A] |
| using a first device to (a) obtain visual or auditory information from external to the first device where the information comprises a human-understandable device command directed toward an operation of the second device, (b) manipulate the obtained information, and (c) transmit the | The TiVo Voice-control Remote is a first device that (a) obtains auditory information from external to the first device where the information comprises a human-understandable device command directed toward an operation of the second device, (b) manipulates the obtained information, and (c) transmits the manipulated information to a distal computer system.<br><br>For example, using the Voice-control Remote, a user can give a voice command (e.g. search for movies) to control the TiVo Stream 4K streaming player. The Voice-control Remote receives the voice command, performs sampling and analog to digital conversion, and transmits the command in digital form using data networking protocols to remote Google Assistant servers (via the Internet-connected TiVo Stream 4K streaming media player). |

6

| manipulated information to a distal computer system; | How to use your TiVo Stream 4K remote.<br><br>**TIVO button**<br>TiVo menu [Guide, My Shows, and more]<br><br>**HOME**<br>Android TV home screen<br><br>**GOOGLE ASSISTANT**<br>Press, release and use your voice to control your TV with Google Assistant<br><br>**SKIP**<br>Skips ahead on select content<br><br>**LIVE**<br>Returns to the last channel viewed<br><br>[C]<br>The TiVo Stream 4K streaming media player has built-in Wi-Fi connectivity e.g. for a wireless Internet connection. |
|---|---|

**Network**

Wi-Fi
802.11 b/g/n/ac 2.45/5G MIMO 2T2R Wi-Fi

Bluetooth
Bluetooth 4.2

[A]
An Internet connection is required to use Google Assistant.

# Google Assistant on TVs

Quickly find and play your favourite shows, get answers and control your home. Your Assistant is now ready to help on eligible Android TV devices. Press the mic button on your remote to get started.[1]

[I]

¹ Works on Android TV devices running Marshmallow and Nougat markets where available. Works with voice-enabled remote controls.

² Requires Chromecast or Chromecast built-in device. Subscriptions for services may be required.

³ Requires compatible device.

⁴ Requires Internet connection. The Google Assistant is not available in certain languages and countries.

[I]

Additionally, the TiVo Stream 4K streaming media player can be controlled via a Google Assistant-enabled mobile device e.g. using Chromecast to stream music and videos to the media player via the mobile device. Google Assistant and Chromecast come pre-loaded on mobile devices with Android OS [F]. Google Assistant and Google Home (which includes Chromecast support) can also be downloaded to mobile devices from the Google Play App store. [G]



9

| | [B] |
|---|---|
| | Because TiVo Stream 4K is powered by Android TV, Chromecast built-in creates a seamless way to cast videos, music and more from your mobile devices. Just tap the <u>Chromecast icon</u> to send what's on your small screen to the big screen. |
| | [B] |

# Cast to your TV with TiVo Stream 4K

TiVo Stream 4K has Chromecast built-in™, so you can find shows on your mobile device and watch them on your TV. As you watch, you can even control playback and audio settings from your mobile device.

To cast a show to your TV:

1. Launch an app that supports casting (for example, YouTube™) on your mobile device and sign in.
2. Sign in, and locate the Cast icon 📶. This is usually found in the upper or lower right corner of your screen.



3. Select *TiVo Stream 4K* as the device you would like to use to watch your show.



4. Select a show to watch and select *Play*.

You can now fast forward, rewind, pause, or change the audio or subtitle settings from your mobile device.

# Cast your Android screen from the Google Home app

Casting your Android screen lets you mirror your Android device to the TV so you can enjoy your content exactly as you see it on your mobile device—only bigger.

## Step 1. Get started

- Casting your Android screen is available on devices running Android 5.0 or later.
- Casting your Android screen is not supported on iOS or Windows devices.
- Turn off "Power Saving Mode" on your Android device. Power Saving Mode can limit the processing power of your device which might affect the performance of the Cast Screen feature.
- Important: The "Microphone" permission in the Google Play Services app needs to be turned on to successfully use the "Cast Screen / Audio" feature with Chromecast. If you don't have this permission turned on, the Cast Screen session will immediately disconnect after trying to connect.
  - To turn on microphone permissions:
    1. On your Android device, tap Settings ⚙.
    2. Scroll down and tap Apps > Google Play Services > Permissions.
    3. Look for "Microphone" and slide the slider On ◉.

## Step 2. Cast your screen from your Android device

1. Make sure your mobile phone or tablet is on the same Wi-Fi network as your Chromecast device.
2. Open the Google Home app 🏠.
3. Tap the device you want to cast your screen to.
4. Tap Cast my screen 🖥 > Cast screen.

[J]

13

<table>
<tr>
<td></td>
<td>

**1. Get the Google Assistant**                                                   ︿

---

The Google Assistant is built into some products and can be added to others. For example:

- Google Nest or Home speakers or displays and other Google Assistant-enabled speakers - built in ☒
- Google Nest Hub - built in ☒
- Android phone or tablet - built in ☒
- iPhone or iPad - download the app ☒
- Nest Cam IQ Indoor - built in, must be connected to your Google Assistant
- Nest Guard - built in, must be connected to your Google Assistant

For the latest information about **additional devices** that support the Google Assistant, visit the Google Assistant page.

[F ]

When a Voice-control Remote is used to control the playback of content by a TiVo Stream 4K streaming media player, the Voice-control Remote is the first device and the TiVo Stream 4K streaming media player is the second device.

When a Google Assistant-enabled mobile device is used to control the playback of Chromecast-delivered content by a TiVo Stream 4K streaming media player, the Google Assistant-enabled mobile device is the first device and the TiVo Stream 4K streaming media player is the second device.

</td>
</tr>
<tr>
<td>

the distal computer system operating as a remote human-to-device command translation service provider using at least a portion of the manipulated

</td>
<td>

The TiVo Google Action enables the distal computer system to operate as a remote human-to-device command translation service provider by using at least a portion of the manipulated information to translate the human-understandable device command into a formatted device command executable by the second device.

For example, the TiVo Google Action in conjunction with Google Assistant interprets voice commands and translates them into device commands that are

</td>
</tr>
</table>

14

| | |
|---|---|
| information to translate the human-understandable device command into a formatted device command executable by the second device; | executable by the TiVo TV.<br><br>How to build<br><br>To connect your device with Google Assistant, you need to build a smart home Action. Assistant handles how users trigger your Action (in multiple languages) and provides you with useful metadata through Home Graph (such as the state of a specific device based on the user's room); all you need to do is respond to the requests through your fulfillment service.<br><br>[D]<br><br>Fulfillment<br><br>Fulfillment is code that is deployed as a webhook that lets you generate dynamic responses for every type of smart home intent. During a user conversation with Google Assistant, fulfillment allows you to use the information extracted by Google's natural language processing to generate dynamic responses or trigger actions on your back-end such as turning on a light.<br><br>Your fulfillment receives requests from Assistant, processes the request and responds. This back-and-forth request and response process drives the conversation forward until you eventually fulfill the initial user request. In most cases, a user would have a simple smart home interaction with Google Assistant such as Hey Google, turn on my light. However, if you implement two-factor authentication , your fulfillment might have to process multiple requests and responses as Google Assistant might ask for a confirmation PIN after a specific user request such as *Hey Google, unlock my front door*.<br><br>[E] |
| transmitting the formatted device command to the second device; and | The formatted device command is transmitted to the TiVo Stream 4K streaming media player.<br><br>For example, the formatted device command is transmitted to the TiVo Stream 4K streaming media player over an Internet connection via data networking protocols (e.g. Internet and Wi-Fi protocols). |

15



Figure 1 shows a successful fulfillment and execution of a smart home `EXECUTE` intent.

**Figure 1.** A successful developer cloud execution path.

[E]
The TiVo Stream 4K streaming media player has built-in Wi-Fi connectivity e.g. for a wireless Internet connection.

16

**Network**

Wi-Fi
802.11 b/g/n/ac 2.45/5G MIMO 2T2R Wi-Fi

Bluetooth
Bluetooth 4.2

[A]
An Internet connection is required to use Google Assistant.

# Google Assistant on TVs

Quickly find and play your favourite shows, get answers and control your home. Your Assistant is now ready to help on eligible Android TV devices. Press the mic button on your remote to get started.[1]

[I]

17

|  | [1] Works on Android TV devices running Marshmallow and Nougat markets where available. Works with voice-enabled remote controls.<br><br>[2] Requires Chromecast or Chromecast built-in device. Subscriptions for services may be required.<br><br>[3] Requires compatible device.<br><br>[*] Requires Internet connection. The Google Assistant is not available in certain languages and countries.<br><br>[I] |
| --- | --- |
| the second device executing the formatted device command having received the formatted device command from the distal computer system, while the second device is local to the first device. | The TiVo Stream 4K streaming media player executes the formatted device command having received the formatted device command from the distal computer system, while the second device is local to the first device.<br><br>For example, the TiVo Stream 4K streaming media player performs the voice command formatted as a device command e.g. searches for movies, launches apps, etc. The Voice-control Remote and TiVo Stream 4K streaming media player need to be local to each other, within IR/RF signal range of each other, which in the case of Bluetooth RF is about 30 feet. [M] |



**TiVo Stream 4K Remote**

- The full-featured voice-control remote for use with your TiVo Stream 4K
- IR/RF signal removes line-of-sight requirements

[O]

**Network**

Wi-Fi
802.11 b/g/n/ac 2.45/5G MIMO 2T2R Wi-Fi

Bluetooth
Bluetooth 4.2

[A]
When the TiVo Stream 4K streaming media player is receiving streaming content via Chromecast (e.g. acting as the second device), it performs the voice command formatted as a device command e.g. playing the streaming content via Chromecast.  In that case, the first device is the Google Assistant-enabled mobile device with Chromecast. The mobile device needs to be on the same Wi-Fi network as the TiVo Stream 4K streaming media player, which means the mobile device and TiVo Stream 4K need to be within about 50 feet of each other.
[K]

### Step 2. Cast your screen from your Android device

1. Make sure your mobile phone or tablet is on the same Wi-Fi network as your Chromecast device.
2. Open the Google Home app 🏠.
3. Tap the device you want to cast your screen to.
4. Tap **Cast my screen** 🔲 > **Cast screen**.

[J]

Likewise, when the Voice-control Remote and TiVo Stream 4K streaming media player are acting as the first device to control a smart home device, the smart home device is acting as the second device and it performs the voice command formatted as a device command e.g. turning on a light. In that case, the smart home device needs to be on the same Wi-Fi network as the TiVo Stream 4K [L], which typically means they need to be within an area of about 2000 sq. ft. [H]

# Check that your devices are on the same Wi-Fi network

Android    iPhone & iPad

## Step 1. Check the Wi-Fi network of mobile device or tablet

1. Locate and tap **Settings** > **Wi-Fi**. The Wi-Fi network labeled "Connected" is the network you're connected to. This must match the network that the device is connected to.
2. To change the network:
   - Tap a new network > enter password > **Connect**.
   - If you've entered the password for that network before, tap **Connect**.

[L]

**References**

[A] TiVo Stream 4K
https://www.tivo.com/products/stream-4k

[B] TiVo Android TV
https://www.tivo.com/android-tv

21

[C] TiVo Stream 4K Insert
https://www.tivo.com/content/dam/tivo/explore/how-to/TiVo_Stream_4K_Insert.pdf

[D] Overview
https://developers.google.com/assistant/smarthome/overview

[E] Fulfillment and authentication
https://developers.google.com/assistant/smarthome/concepts/fulfillment-authentication

[F] Use Google Assistant with Nest products
https://support.google.com/googlenest/answer/9325085?hl=en#zippy=%2Cget-the-google-assistant

[G] Google Assistant – Get things done, hands-free
https://play.google.com/store/apps/details?id=com.google.android.apps.googleassistant&hl=en_CA&gl=US

[H] How many Google Nest or Google Wifi points do I need?
https://support.google.com/googlenest/answer/7182840?hl=en-CA&ref_topic=9831837

[I] Google Assistant on TVs
https://assistant.google.com/platforms/tv/#find-tvs

[J] Chromecast Help – Google
https://support.google.com/chromecast/answer/6059461?hl=en-CA

[K] How to Fix a Chromecast with a Slow WiFi Connection
https://www.support.com/how-to/how-to-fix-a-chromecast-with-a-slow-wifi-connection-11648

[L] Check that your devices are on the same Wi-Fi network
https://support.google.com/googlenest/answer/7360025?hl=en-CA&ref_topic=7196419#zippy=
%2Cspeakers

[M] Wikipedia – Bluetooth

https://en.wikipedia.org/wiki/Bluetooth

[N] Cast to your TV with TiVo Stream 4K
https://explore.tivo.com/how-to/stream-4k/cast

[O] TiVo – Shop – Remote Controls
https://www.tivo.com/shop.Accessories.Remote%20Controls